ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons; JANE DOE-1, a law enforcement officer; JANE DOE-2, a law enforcement officer; EDWIN MALDONADO; SCOTT MALONEY; JUSTYNA MALONEY

v.

SPY DIALER, INC.,
　　　Appellant