# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-1555 through 25-1578, 25-1580 through 25-1593, 25-1676 & 25-1677

ATLAS DATA PRIVACY CORP.

v.

WE INFORM LLC et al.

Present: BIBAS, FREEMAN, and CHUNG, *Circuit Judges*

## NOTICE

TO ALL PARTIES AND THEIR COUNSEL:

Abine, Inc. (d/b/a DeleteMe) has filed a motion for leave to participate as *Amicus Curiae* in these appeals. In an abundance of caution, there is a matter the Court wishes to bring to your attention.

A number of judges of this Court subscribe to and benefit from Abine, Inc.'s DeleteMe service. Canons 3C and 3D of the Code of Conduct for United States Judges provide (with exceptions not pertinent to this case) that when a "judge's impartiality might reasonably be questioned," the judge nonetheless may participate in the proceeding if all the parties and lawyers, after notice of the basis for the disqualification, have an opportunity to confer outside of the presence of the judge and agree that the judge should not be disqualified. Federal Rule of Appellate Procedure 29(a)(2) provides that "…a court of appeals may prohibit the filing of or may strike an amicus brief that would result in a judge's disqualification."

Please indicate whether you and your client(s) are willing to waive any potential conflict of interest that might arise from Abine, Inc.'s (Delete Me's) contract with the federal judiciary. Please complete, sign, and email the attached waiver form to Ashley_Ritz@ca3.uscourts.gov within seven (7) days of the date of this Notice.

***NOTE: Your signature and identity on the response form are required for record keeping purposes only. If you do not agree to waive the potential conflict, your objection will not be divulged to the judges, nor be made part of the public record, but will be kept confidential.***

Date: August 26, 2026

s/ Patricia S. Dodszuweit
Patricia Dodszuweit, Clerk of Court

**CONFIDENTIAL WAIVER OF DISQUALIFICATION**
***Send this form to the Clerk of Court ONLY***
***Do NOT provide copies to judges or other counsel***
**RESPONSE DUE WITHIN SEVEN (7) DAYS**

United States Court of Appeals for the Third Circuit

Atlas Data Privacy v. We Inform et al.
Nos. 25-1555 et al.

TO: Patricia Dodszuweit, Clerk of Court
U.S. Court of Appeals
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

Via email to: Ashley_Ritz@ca3.uscourts.gov

The undersigned ☐ WAIVES ☐ DOES NOT WAIVE any potential conflict of interest that may arise as a result of Abine Inc.'s (Delete Me's) contract with the federal judiciary.

DATE:

Signature: ____________________

Type or Print Name: ____________________

Telephone Number: ____________________

Party Represented: ____________________

***NOTE: Your signature and identity on the response form are required for record keeping purposes only. If you do not agree to waive the potential conflict, your objection will not be divulged to the judges, nor be made part of the public record, but will be kept confidential.***