**No. 25-1555 & Consolidated Cases**
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., ET AL., | |
| Plaintiff-Appellee, | On Appeal from the United States District Court for the District of New Jersey |
| v. | |
| WE INFORM LLC, ET AL., | District Court Case No. 24-cv-4037 |
| Defendants-Appellants. | |

# MOTION TO WITHDRAW ZACHERY P. KELLER AS COUNSEL

D. ANDREW WILSON
Ohio Attorney General

MATHURA J. SRIDHARAN*
Ohio Solicitor General
**Counsel of Record*
ZACHERY P. KELLER
Deputy Solicitor General
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Amici States*

## MOTION TO WITHDRAW

Counsel for *Amici* States respectfully requests that Zachery P. Keller be withdrawn as co-counsel. Mr. Keller is leaving the Office of the Ohio Attorney General. Mathura J. Sridharan has entered an appearance for the *Amici* States and shall be designated as counsel of record.

Respectfully submitted,

D. ANDREW WILSON
Ohio Attorney General

*/s/ Zachery P. Keller*
MATHURA J. SRIDHARAN*
Ohio Solicitor General
**Counsel of Record*
ZACHERY P. KELLER
Deputy Solicitor General
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614.466.8980
Mathura.Sridharan@OhioAGO.gov

*Counsel for Amici States*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 47 words. See Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER

## CERTIFICATE OF VIRUS SCAN

I hereby certify that this document was scanned using CrowdStrike Falcon Sensor, version 7.24.19607, and Microsoft Defender 365 and no viruses were detected.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER